## HASKINS *against* SNOWDEN.

Where the defendant gives notice of bail, in *propria persona,* and the plaintiff serves him with a copy of the declaration and notice of rule to plead, and the defendant afterwards retains an attorney, the plaintiff need not serve another copy of the declaration and notice on the attorney.

S. JONES, jun. moved to set aside the default entered in this cause, for want of a plea, on the ground of irregularity.

It appeared that Malcolm had given notice of being concerned as attorney for the defendant ; but no copy of the declaration, or notice of the rule to plead, had been served on him. The plaintiff, having previously received a notice of bail being filed, from the defendant in person, served the copy of the declaration and notice on him, before receiving any notice of the retainer from Malcolm.

*Riker,* contra.

*Per Curiam.* After receiving notice of bail from [*288] the defendant, in *propria persona,* it was regular to serve the copy of the declaration on him; and the plaintiff was not bound to deliver a new copy and notice to the attorney who was afterwards retained. But as the defendant has made affidavit that he has a good defence on the merits, and no trial has been lost, the default is set aside, on payment of costs.

Rule granted.(*a*)

(*a*) See, to the same point, *Kleecke* v. *Styles,* 3 Johnson, 250.